EXHIBITS

**Designation of Evidence**
USA v. Jesus Perez-Cruz, et al
Criminal No. 97-74 (DRD)
Page No. 6

---

J.     Nine photographs of the murder scene and two (2) photographs of the autopsy of Raul Llorach-Hernández aka "Roquero" which murder took place in front of the Community Center of Manuel A. Perez Public Housing Project on September 3, 1990, and .45 caliber casings recovered at the scene.

K.     Five (5) photographs of the murder scene and four (4) photographs of the autopsy of Carlos J. Balaguer Damian aka "Charlie Balaguer" which murder took place in front of Building D-12 of the Manuel A. Perez Public Housing Project on March 31, 1990.

L.     <u>Items recovered from person of Jesus Perez Cruz on April 11, 1997</u>.

    1.   List of firearms

    2.   Record of Shifts and money amounts collected

    3.   Department of Corrections Pass Card

    4.   Title of 1988 white Cadillac

    5.   Rolex Watch

    6.   Address Book

M.     <u>Items seized at Apt. 220, Building J-21, Manuel A. Perez Public Housing Project on April 11, 1997</u>.

    1.   Drug ledger on red ink

    2.   Two rent payment receipts for $1500.00 each

    3.   Three unemployment benefits applications

    4.   Contract with Popular Leasing for a 1996 Isuzu Trooper

Jesus Perez-Cruz
Reg. No. 14940-069
F.C.I. Otisville
P.O. Box 1000
Otisville, NY 10963                              October 11, 2007


AUSA, Jacabed Rodriguez Coss
United States Attorneys Office
District of Puerto Rico
Federal Building
150 Chardon Avenue
Hato Rey, PR 00918
RE: Case No. 97-74 (DRD), U.S. V. Perez-Cruz

Dear Mr.

  Please let this letter serve as a respectful request to return the property that was "recovered from [my] person" upon my arrest on April 11, 1997. (See Att. List) Of interest, only, are items #5 & 6, Rolex Watch and Address Book. Please forward these items, via return receipt mail, to my family member:

Ms. Natividad Perez Santiago
Cond. Guarionex Apt. 1204
c/Almonte, 3015
San Juan, PR 00926

  Please inform me at the above captioned address when you have forwarded these items. Thank you for your kindness and consideration in this matter.


Yours Truly,


Jesus Perez-Cruz

Jesus Perez-Cruz
Reg. No. 14940-069
F.C.I. Otisville
P.O. Box 1000
Otisville, NY 10963

November 14, 2007

AUSA, Jacabed Rodriguez Coss
United States Attorneys Office
District of Puerto Rico
Federal Building
150 Chardon Avenue
Hato Rey, PR 00918
RE: Case No. 97-74 (DRD), U.S. V. Perez-Cruz

Dear Mr. Rodriguez Coss:

On October 11, 2007 I sent you a letter requesting the return of my property that was seized from my person upon my arrest on April 11, 1997. (See Att.Documents). As of this date I have not received a response from you or your office.

As you may recall, I was informed that I would receive this property upon the conclusion of the case. To this date my family nor myself has been notified regarding the return of this property. As indicated in the attached letter, the only items of concern are my address book and my watch. Several of my family members have passed on an I am in need of my address book to contact others. Also, I would like to pass my watch on to a family member who is very dear to me.

Accordingly, I would appreciate your promptness in this matter. Thank you for your kindness and consideration in this matter.

Yours Truly,


Jesus Perez-Cruz

**Designation of Evidence**
USA v. Jesus Perez-Cruz, et al
Criminal No. 97-74 (DRD)
Page No. 8

24. Popular Leasing Payment Notebook

25. Receipt for Option on Matienzo Cintron House - $6,000

26. Copy of Check from Puerto Rico Lottery - $27,000

27. Five photographs found inside yellow envelope

28. DEA Report dated July 6, 1991

29. Receipt for Jewely from Commonwealth of Puerto Rico

30. Cigarette Paper

31. Title for Ford Explorer of 1993

32. Lease Agreement for Apt in Ozone Park, NY

33. Credit Application of Ivonne Garcia Quinones

34. Father's Day Card from Ronald to Indio

35. Letter from Tribi to Indio

36. Small Telephone Book

N. Items seized at Terragona St. #535, Urb. Matienzo Cintron, Rio Piedras, Puerto Rico.

1. Drug Ledger on Jean Notebook

2. One Motorola Cellular Telephone

3. One Motorola Beeper

4. Address Book

5. Day Timer Sample Planner with money accounts

6. Numerous small paper bags with names and money amounts

**Designation of Evidence**
USA v. Jesus Perez-Cruz, et al
Criminal No. 97-74 (DRD)
Page No. 9

    7.    Cross Bow gun with six steel arrows

    8.    Bambu paper

    9.    1997 Weekly Planner

    10.    Numerous Receipts for Jewelry

    11.    17 photographs depicting "Indio", his family and associates

    12.    Letter to Indio from "Moncho" (Pablo Calderon Reyes) and "Buron" (from prison) making reference to death threats.

    13.    Letter from Ivan Caballero Plaza aka "Pichy" asking Indio to send marijuana into the jail.

    14.    Letter to Indio from Edgardo Rondon Correa, aka "Tribi".

O.    Amount of Marihuana seized during the execution of search warrant of apartment belonging to Jesus Perez Cruz in the Manuel A. Perez Public Housing Project on March 3, 1995, and 9mm pistol seized from his vehicle on that same date.

P.    Four (4) audio cassettes containing telephone conversations between Jesus Perez Cruz aka Indio and Jose A. Robles Rodriguez aka Yito in May of 1997.

Q.    One (1) audio casette containing a toilet conversation between Reynaldo Narvaez Maysonet aka Chacho and Alexander Cruz Rojas held at the Metropolitan Detention Center..

R.    One Site Spectre machine gun and one ounce of cocaine seized from Julio Carrion Figueroa during the course of an arrest conducted in his apartment in the Manuel A. Perez Public Housing Project.

**Designation of Evidence**
USA v. Jesus Perez-Cruz, et al
Criminal No. 97-74 (DRD)
Page No. 10

---

S.   Four video cassettes of Point "J" of Manuel A. Perez Public Housing Project.

The United States hereby further designates all evidence produced or notified in discovery in this case. Moreover, the United States reserves the right to amend this Designation of Evidence prior to trial.

WHEREFORE, the United States respectfully requests that this Honorable Court take notice of the foregoing.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 14th day of October, 1998.

GUILLERMO GIL
United States Attorney

Jacabed Rodriguez Coss
Assistant U.S. Attorney
U.S.D.C. No. 207309
U.S. Attorney's Office
Room 452, Federal Building
Carlos Chardón Street
Hato Rey, PR 00918