3800-00-F-017

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    Plaintiff,

    v.

ONE GOLD ROLEX PRESIDENTIAL MEN'S
WATCH WITH EMERALDS AND DIAMONDS VALUED
AT APPROXIMATELY $12,000.00.

    Defendant.

CIVIL NO. 99-2206(SEC)

### DEFAULT DECREE OF FORFEITURE

On November 5, 1999 a Verified Complaint for Forfeiture In

Rem was filed by the United States of America against the

defendant property:

That pursuant to a warrant for arrest issued by this Court,

the United States Marshal for this District seized said property

on December 13, 1999.

That notice of this action was published on January 19, 26

and February 2, 2000, in El Nuevo Dia, a daily newspaper of

general circulation in the Island of Puerto Rico.

That on January 11, 2001, potential interest holder Jesus

Perez Cruz, was served with process, of this action by the United

States Marshal.

That an affidavit of publication was filed in this case on

February 14, 2000, attesting that notice was caused to be

published on January 19, 26, and February 2, 2000, in El Nuevo

U.S.A. v. One Gold Rolex, etc.                2
Civil No. 99-2236 (SEC)
Page 2

<u>Dia</u>, a daily newspaper of general circulation in the Island of
Puerto Rico, allowing any person having a claim in the above
mentioned defendant to state the same before this court.

That as of this date, no claim has been filed, as provided
for in Rule C(6) of the Supplemental Rules for Certain  Admiralty
and Maritime Claims.

Now, therefore, on motion of the plaintiff, United States of
America, for a Default Decree of Forfeiture, it is hereby

ORDERED, ADJUDGED AND DECREED that the defendant One Gold
Rolex Presidential Men's Watch with Emeralds and Diamonds valued
at Approximately $12,000.00 be forfeited to the United States of
America and no right, title or interest in the property shall
exist in any other party.  The defendant property will be
disposed of according to law by the United States Marshal
Service.

SO ORDERED.

In San Juan, Puerto Rico this 31 day of January 2001.


SALVADOR E. CASELLAS
United States District Judge