U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No. 166E-SJ-33595

150 Chardon Avenue

(787)759-1526
February 5, 2008

AUSA Jacabed Rodriguez-Coss
Torre Chardon
Suite 1201
Hato Rey, PR   00918

RE:   Destruction of Evidence Re: Jesus Perez-Cruz

Dear AUSA Rodriguez-Coss:

On January 7, 2005, Evidence Control Technician Ramona Torres destroyed evidence item 1B5 which contained multiple documents belonging to Jesus Perez-Cruz per the written request of Special Agent Waldemar Alicea on December 6, 2004.

Sincerely,

Sandra L. Roman
Evidence Control Technician