EXHIBITS

BP-S187.058 **PROGRESS REPORT** CDFRM
JUN 98
**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| Institution Name, Address, & Telephone No.<br>FCI Otisville<br>P.O. Box 600, Otisville, New York 10963   TEL: (845) 386-6700 | Date<br><br>March 5, 2009 |
|---|---|

**Inmate Reviewed**

| Inmate's Signature | Date<br>3-5-08 | Staff Signature |
|---|---|---|

1. Type of Progress Report
☐ Initial       ☐ Statutory Interim       ☐ Pre-Release
☐ Transfer     ■ Triennial              ☐ Other (Specify) _____

| 2. Inmate's Name<br><br>Perez-Cruz, Jesus | 3. Register Number<br><br>14940-069 | 4. Age (DOB)<br><br>40 (12-25-1967) |
|---|---|---|

5. Present Security/Custody Level
Security Level Medium / In Custody

6. Offense/Violator Offense
Conspiracy to Distribute Cocaine and Marijuana

7. Sentence
324 months with 5 years supervised release.

| 8. Sentence Began<br><br>04-21-1999 | 9. Months Served + Jail Credit<br><br>106 months + 740 days JCT | 10. Days GCT/or EGT/SGT<br><br>540 days GCT |
|---|---|---|
| 11. Days FSGT/WSGT/DGCT<br><br>N/A | 12. Projected Release<br><br>10-18-2020 | 13. Last USPC Action:<br><br>N/A |

14. Detainers/Pending Charges
There are no detainers or pending charges on file.

15. Co-defendants       See PSI.

For continuation Pages, type on a blank sheet with the Inmate's Name,
Register No., and Date and attach to this form.

Record Copy - Inmate File; copy - U.S. Probation Office; copy - Parole Commission Regional Office (If applicable); copy - inmate
(This form may be replicated via WP)                                                    Replaces BP-s187.058 DTD FEB 94

UNITED STATES DEPARTMENT OF JUSTICE
BUREAU OF PRISONS

Page 2

PROGRESS REPORT
(Continued)

Name: Perez-Cruz, Jesus            Register Number: 14940-069            Date 03-05-2008

### 16. INSTITUTIONAL ADJUSTMENT:

**a. Program Plan:** Mr. Perez-Cruz was initially designated at USP Allenwood, on September 11, 1999. During initial classification and subsequent program reviews, the unit team recommended participation in the GED program, Adult Continuing Education, Vocational Training, unit based counselor groups, the Inmate Financial Responsibility Program, the 40 Hour Drug Education Program, the Non-Residential Drug Education Treatment and NA/AA support groups.

**b. Work Assignments:** Since his initial designation, Mr. Perez-Cruz has held assignments in Unicor. A review of his file indicates his work evaluations have always been at least satisfactory to good.

**c. Educational/Vocational Participation:** A review of his file indicates Mr. Perez-Cruz received his GED prior to his arrival at FCI Otisville. Since that time, he has completed Card making, Parenting, Basic Computer, Calligraphy, ESL, Business Skills, DTRM, Horticulture/VT, NFPT, Small Appliance Repair, Yoga, Advanced Yoga and three Parenting courses. He has completed the following programs; Hispanic Heritage, Young Men Incorporated, Breaking Barriers. Mr. Perez-Cruz has also participated in the Breast Cancer Walk, Softball Invitational and received a certificate as MVP for the Baseball league.

**d. Counseling Programs:** Mr. Perez-Cruz is required to attend specialized counseling with the Psychology Services for substance abuse. His substance abuse history is well documented in his Pre-Sentence Investigation Report. Since his initial designation, Mr. Perez-Cruz completed 40 Hour Drug Program at FCI Otisville, on April 25, 2001. Currently, Mr. Perez-Cruz attends Narcotics Anonymous meeting and is on the waiting list for the Non-Residential Drug Education Program

**e. Incident Reports:** Since his initial designation, Mr. Perez-Cruz has remained incident report free.

**f. Institutional Movement:** Mr. Perez-Cruz was initially designated to USP Allenwood, on August 11, 1999. On April 19, 2000, he was transferred to FCI Otisville via 308 (Lesser Security). There has been no further institutional movement.

**g. Physical/Mental Health:** Mr. Perez-Cruz is assigned to regular duty status with the medical restriction of no prolonged standing and no weight lifting. There is no documentation on file regarding any physical or mental health problems and he should be considered fully employable upon release.

**h. Financial Planning:** At sentencing, Mr. Perez-Cruz was ordered to pay a $100.00 felony assessment. He has completed payment of his felony assessment through the Inmate Financial Responsibility Program. Mr. Perez-Cruz has no other court ordered responsibilities.

UNITED STATES DEPARTMENT OF JUSTICE
BUREAU OF PRISONS

Page 3

PROGRESS REPORT
(Continued)

Name: Perez-Cruz, Jesus          Register Number: 14940-069          Date: 03-05-2008

**17. RELEASE PLANNING:** Mr. Perez-Cruz has not provided the Unit Team with a viable release plan as he is over 8 years from release. He is an offender who is subject to notification under Title 18 U.S.C. 4042(b) due to his current conviction for a drug trafficing crime.

- **a. RESIDENCE:** To be secured.
- **b. EMPLOYMENT:** To be secured.

- **c. CHIEF USPO SENTENCING DISTRICT:**

  Babilonia, Eustaquio, Chief
  United States Probation Office
  District of Puerto Rico
  400 Federico Degetau Federal Bldg
  150 Carlos Chardon Avenue
  San Juan, PR 00918

- **e. RELEASE PREPARATION PROGRAM:** Mr. Perez-Cruz will begin attending when he is 36 months from release.

_____     03-05-2008
Dictated By: Frank Abbamonte, Case Manager     Date


_____     03-05-2008
Reviewed By: Al Welch, Unit Manager     Date

```
OTVH3            *         INMATE EDUCATION DATA        *      03-03-2008
PAGE 001         *              TRANSCRIPT              *      13:12:48

REGISTER NO: 14940-069     NAME..: PEREZ-CRUZ              FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: OTV-OTISVILLE FCI

----------------------------- EDUCATION INFORMATION -----------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
OTV  ESL HAS    ENGLISH PROFICIENT           07-14-2000 1245 CURRENT
OTV  GED EARNED GED EARNED IN BOP            04-18-2000 0936 CURRENT

------------------------------ EDUCATION COURSES -------------------------------
SUB-FACL      DESCRIPTION                    START DATE  STOP DATE  EVNT AC LV   HRS
OTV  GP       CALISTENICS                    02-27-2007  06-02-2007  P   C  P    24
OTV  GP       FATHERS BEHIND BARS            09-17-2004  10-21-2004  P   C  P    12
OTV  GP       SPANISH STEP FOR PARENTING     03-12-2004  05-05-2004  P   C  P    16
OTV  GP       SPANISH PARENTING CLASS        12-05-2003  01-23-2004  P   C  P    16
OTV  GP       ADVANCED YOGA                  08-08-2002  09-28-2003  P   C  P    48
OTV  GP       YOGA CLASS                     08-03-2002  07-01-2003  P   C  P    32
OTV  GP       HYDROPONICS                    12-21-2002  12-30-2002  P   W  V     0
OTV  GP       EDUCATION ORIENTATION - AM     11-12-2002  11-12-2002  P   C  P     3
OTV  GP       SMALL APPLIANCE REPAIR VT      04-07-2001  07-24-2002  P   C  C   478
OTV  GP       NFPT CERTIFICATION COURSE      05-12-2002  07-28-2002  P   C  P    40
OTV  GP       HORTICULTURE/LANDSCAPE VT - AM 01-02-2002  07-19-2002  P   C  M   350
OTV  GP       TEXTILES & PRODUCTION VT CLASS 05-02-2001  12-28-2001  P   C  M   350
OTV  GP       DOING TIME WITH A RIGHT MIND   09-17-2001  11-13-2001  P   C  P    16
OTV  GP       BUSINESS SKILLS, M-F,1230-330  09-18-2000  01-09-2001  P   C  M   210
OTV  GP       ESL RM 8;  MON-FRI, 8 TO 11 AM 05-08-2000  07-14-2000  P   C  R   141
OTV  GP       PROGRAM ORIENTATION M-F, PM    05-01-2000  05-05-2000  P   C  P    18
OTV  GP       INTRODUCTION TO PARENTING      05-03-2000  05-03-2000  P   C  P     1
ALP           GED SPANISH 12:30-2:30 PM      10-08-1999  04-18-2000  P   W  V   179
ALP           RPP - EMPLOYMENT SKILLS        03-17-2000  03-17-2000  P   C  P     8
ALP           RPP - PERSONAL FINANCE/CONSUME 03-24-2000  03-24-2000  P   C  P     8
ALP           INTRODUCTION TO CALLIGRAPHY    01-05-2000  03-30-2000  P   C  P    75
ALP           PARENTING: THURS 7:45-10:30 AM 01-27-2000  03-23-2000  P   C  P    38
GUA  M        BASIC WORDPERF/LOTUS 1B        12-01-1998  02-02-1999  P   C  P    15
GUA  M        PARENTING SKILLS QTR 2A        02-24-1998  07-16-1998  P   C  P    30
GUA  M        CARD MAKING (8-11 A.M.) QTR 2B 06-26-1997  09-28-1997  P   C  P    14

------------------------------- HIGH TEST SCORES -------------------------------
TEST          SUBTEST        SCORE     TEST DATE     TEST FACL   FORM      STATE
CASAS         LIST CERT      221.0     07-14-2000    OTV         L55
              LIST PLACE     211.0     05-01-2000    OTV         2
              READ CERT      234.0     07-14-2000    OTV         R522
              READ LEV C     232.0     06-08-2000    OTV         35C
              READ PLACE     225.0     05-01-2000    OTV         2
CTBS          MATH COMP        8.0     09-28-1999    ALP         2
              MATH CONC       11.9     09-28-1999    ALP         2
              READ COMP       11.9     09-28-1999    ALP         2
              VOCABULARY      11.9     09-28-1999    ALP         2
GED           AVERAGE         53.0     04-18-2000    ALP         PASS      PA
              LIT/ARTS        53.0     04-18-2000    ALP         AW        PA
              MATH            52.0     04-18-2000    ALP         AW        PA

G0002      MORE PAGES TO FOLLOW . . .
```

```
OTVH3             *        INMATE EDUCATION DATA         *      03-03-2008
PAGE 002 OF 002   *             TRANSCRIPT               *       13:12:48

REGISTER NO: 14940-069    NAME..: PEREZ-CRUZ                   FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: OTV-OTISVILLE FCI

----------------------------- HIGH TEST SCORES -------------------------------
TEST          SUBTEST       SCORE    TEST DATE     TEST FACL   FORM    STATE
GED           SCIENCE        51.0    04-18-2000       ALP       AW      PA
              SOC STUDY      57.0    04-18-2000       ALP       AW      PA
              WRITING        55.0    04-18-2000       ALP       AW      PA




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

```
 OTVK1   540*23  *         SENTENCE MONITORING              *     01 24 2008
PAGE 001          *          COMPUTATION DATA               *     14:14:22
                           AS OF 01 24 2008

REGNO..: 14940 069 NAME: PEREZ CRUZ, JESUS


FBI NO............: 379029JA8              DATE OF BIRTH: 12 25 1967
ARS1..............: OTV/A DES
UNIT..............: E B                    QUARTERS.....: E10 517L
DETAINERS.........: NO                     NOTIFICATIONS: NO

PRE RELEASE PREPARATION DATE: 04 18 2020

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  10 18 2020 VIA GCT REL

                     CURRENT JUDGMENT/WARRANT NO: 010

COURT OF JURISDICTION...........: PUERTO RICO
DOCKET NUMBER...................: 3:97 CR 074 1 (DRD)
JUDGE...........................: DOMINGUEZ
DATE SENTENCED/PROBATION IMPOSED: 04 21 1999
DATE COMMITTED..................: 08 11 1999
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES            COSTS
NON COMMITTED.:   $100.00         $00.00           $00.00           $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

                        CURRENT OBLIGATION NO: 010
OFFENSE CODE....:  391
OFF/CHG: COUNT 2: CONSPIRACY TO DISTRIBUTE COCAINE AND MARIHUANA /
         21:841(A)(1)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    324 MONTHS
 TERM OF SUPERVISION............:      5 YEARS
 CLASS OF OFFENSE...............: CLASS A FELONY
 DATE OF OFFENSE................: 04 10 1997









G0002        MORE PAGES TO FOLLOW . . .
```

```
OTVK1   540*23  *          SENTENCE MONITORING         *    01 24 2008
PAGE 002 OF 002 *           COMPUTATION DATA           *    14:14:22
                            AS OF 01 24 2008

REGNO..: 14940 069 NAME: PEREZ CRUZ, JESUS


                     CURRENT COMPUTATION NO: 010

COMPUTATION 010 WAS LAST UPDATED ON 09 10 1999 AT ALP AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 04 21 1999
TOTAL TERM IN EFFECT............:    324 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     27 YEARS
EARLIEST DATE OF OFFENSE........: 04 10 1997

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    04 11 1997     04 20 1999

TOTAL PRIOR CREDIT TIME.........: 740
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1270
TOTAL GCT EARNED................: 540
STATUTORY RELEASE DATE PROJECTED: 10 18 2020
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 04 10 2024


PROJECTED SATISFACTION DATE.....: 10 18 2020
PROJECTED SATISFACTION METHOD...: GCT REL




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```