Jesus Perez-Cruz #14940-069
F.C.I. Otisville
P.O. Box 1000
Otisville, NY 10963

Clerk of The Court
U.S. District Court
District of Puerto Rico
U.S. Courthouse
150 Carlos Chardon Ave., 150
San Juan, PR 00918-1767




