UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

<u>Transmittal of Record to the Court of Appeals</u>

DATE:   July 2, 2008

DC #:   97-074  (DRD)

APPEAL FEE PAID:   YES _____   NO __X__

CASE CAPTION:   USA   v.   Pérez-Cruz
                Defendant:   Jesús R. Pérez-Cruz (1)

IN FORMA PAUPERIS:   YES __X__   NO _____

MOTIONS PENDING:   YES _____   NO __X__

NOTICE OF APPEAL FILED BY:   Defendant

APPEAL FROM:   Order entered on 06/04/08

SPECIAL COMMENTS:   Copies & original documents

INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:

DOCUMENTS:                                              VOLUMES:

**Docket Entries   1, 229, 610, 620, 622**              I

**Docket Entry   580   (Transcript)**                   II

**Docket Entry   613   (Sealed)**                       III


I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court


S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c:   CM/ECF Parties, Appeals Clerk